UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING | ) ) ) ) | MBD No. 14-91352-FDS |

**SECOND ORDER EXTENDING THE TIME TO FILE
CIVIL FORFEITURE COMPLAINT AND/OR
OBTAIN INDICTMENT ALLEGING FORFEITURE**

WHEREAS, Freddy Sanchez and Richard Sanchez (the "Claimants") have filed claims to the following property in a nonjudicial civil forfeiture proceeding with the United States Drug Enforcement Administration ("DEA"):

    a.    $42,000 in United States currency, seized on June 14, 2014, from Freddy Sanchez and Richard Sanchez in Stoughton, Massachusetts; and

    b.    $8,000 in United States currency, seized on June 16, 2014, from Bank of America safe deposit box number 940, located at 677 Centre Street, Boston, Massachusetts and held in the name of Freddy Sanchez

(collectively, the "Currency").

WHEREAS, the United States, with the assent of the Claimants, requests upon agreement of the parties, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the United States, with the assent of the Claimants, moves the Court to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the United States represents to the Court that the DEA sent notice of its intent to forfeit the Currency as required by 18 U.S.C. § 983(a)(1)(A), that no other person has filed a claim to the Currency as required by law in the nonjudicial civil forfeiture proceedings,

and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture based upon agreement of the parties or good cause shown;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture is extended to April 3, 2015.

/s/ F. Dennis Saylor, IV
_____
F. DENNIS SAYLOR, IV
United States District Judge

Dated: ___1/26/2015_____

2